#127834
#131

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case Number: 07-34813 |
| Solomon J. and Raeda Ally, | ) | Chapter 7 |
| Debtors. | ) | JUDGE RICHARD L. SPEER |

## REPORT OF DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned Trustee of the above-named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Verizon North, Inc. | Vativ Recovery Solutions, LLC<br>As Agent for Palisades/Asta Funding<br>PO Box 19249<br>Sugar Land, TX 77496 | $ .87 |

Check number 131 in the amount of $.87 payable to the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Respectfully submitted,

August 25, 2009

/s/ Louis J. Yoppolo
Louis J. Yoppolo, Trustee
1200 Edison Plaza
300 Madison Avenue
Toledo, Ohio 43604-1556
Phone: (419) 243-6281
Fax: (419) 243-0129